UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIA RIVAS, as Parent and Natural
Guardian of S.C.; and CLAUDIA RIVAS,
individually,

                    Plaintiffs,

          v.

MELISSA AVILES-RAMOS, in her official
capacity as Chancellor of the NEW YORK
CITY DEPARTMENT OF EDUCATION;
and the NEW YORK CITY DEPARTMENT
OF EDUCATION,

                    Defendants.

No. 25-CV-8830 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20

U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two

weeks from the date of this order, indicating whether there is a need for discovery or an initial

conference in this case. If there is no such need, the parties should include in their letter a

proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:   February 3, 2026
         New York, New York

_____
         Ronnie Abrams
         United States District Judge