

LIBERTY & FREEDOM
LEGAL GROUP, LTD

**February 17, 2025**

**VIA ECF**

Honorable Ronnie Abroms                                    Application granted.
United States District Court Judge
United States District Court, Southern District of N.Y.    SO ORDERED.
500 Pearl Street
New York, NY 10007

Hon. Ronnie Abrams
Feb. 23, 2026

        Re:  **Rivas et al v. Aviles-Ramos et al**
              **Case No.: 25-cv-08830-RA**

Dear Judge Abrams:

        This office represents Plaintiffs CLAUDIA RIVAS, as Parent and Natural Guardian of
S.C., and CLAUDIA RIVAS, individually (collectively "Plaintiff"), in the above refenced
action. Counsel for Plaintiff and Defendant submit this joint letter pursuant to the Order dated
February 17, 2026 (ECF 12).

        Plaintiff is appealing SRO Decision 24-632 by SRO Hauge and seeking that the Court:
reverse the SRO's upholding of the IHO's finding that iBRAIN was not an appropriate
placement and issue an Order that the unilateral placement was appropriate; award the costs of
tuition, special transportation and nursing services pursuant to their respective contracts; affirm
the SRO's findings that DOE had failed to offer Student-Plaintiff a FAPE; finding that the
equities favored Plaintiff' claim for direct payment of tuition, transportation, and nursing costs;
and declare Plaintiff to be a prevailing party under 20 U.S.C. § 1415(i)(3)(B)(I) and 34 C.F.R. §
300.517(a)(1)(i). Defendants have denied all liability and maintain that DOE is the prevailing
party in this matter as the SRO and IHO both correctly concluded that iBRAIN was not an
appropriate placement.

        The parties agree that there is no need for discovery or an initial conference in this case.
Plaintiffs will order and file the underlying certified administrative record from the Office of
State Review. The parties agree that no further discovery is necessary beyond the certified
administrative record.

646-850-5035  | 105 East 34th Street, #190 New York, NY 10016  | LibertyFreedom.law

The parties anticipate motions for summary judgement, and respectfully request that they be permitted to proceed to submit summary judgment briefing on the certified administrative record. The parties propose the following briefing schedule:

(a) Plaintiff's opening motion for summary judgment is due by April 17, 2026;

(b) Defendant's cross-motion for summary judgment and opposition to Plaintiff's motion is due by May 22, 2026;

(c) Plaintiff's opposition to Defendant's cross-motion and reply, if any, is due by June 24, 2026;

(d) Defendant's reply, if any, is due by July 24, 2026.

Thank you for your consideration in this matter.

Very truly yours,

/s/   Jeffrey Arlen Spinner
Jeffrey Arlen Spinner
Counsel for Plaintiffs

cc:    All parties via ECF