# LIBERTY & FREEDOM
## LEGAL GROUP, LTD

Application granted.

SO ORDERED.

April 13, 2026

VIA CM/ECF

Hon. Ronnie Abrams
April 14, 2026

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Rivas, et al. v. Aviles-Ramos, et al., No. 1:25-cv-08830-RA

Dear Judge Abrams:

Please recall that this office represents plaintiffs in the above-entitled cause.

As Your Honor will recall, on February 17, 2026 counsel for the parties filed a joint status letter requesting that an order be entered setting deadlines for filing of briefing on motions for summary judgment. In that letter, counsel for the parties proposed the following briefing schedule: (1) Plaintiff's motion for summary judgment due by April 17, 2026; (2) Defendant's cross-motion for summary judgment and opposition to Plaintiff's motion due by May 22, 2026; (3) Plaintiff's opposition to Defendant's cross-motion, if any, due by June 24, 2026; and (4) Defendant's reply, if any, due by July 24, 2026.

However, at the time of the submission of that joint letter, the parties inadvertently overlooked requesting that the Court waive the requirement of Local Rule 56.1 Statements inasmuch as this is an appeal of an administrative decision which is to be determined upon the administrative record. Accordingly, it is respectfully requested that the Court waive the requirement of Local Rule 56.1.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jeffrey Arlen Spinner

Jeffrey Arlen Spinner
jeff@pabilaw.org

cc: All counsel of record via CM/ECF

646-850-5035 | 105 East 34th Street, #190, New York, NY 10016 | LibertyFreedom.law